**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Elias MEJIA, also known as Elias Rallas-Mejia, also known as Francisco Coronel-Deniz, also known as Miguel Mejia Vasquez, also known as Elais M. Rayas, also known as Antonio Vasquez-Mejia, also known as Elias Reyes Mejia, also known as Jose Barajas, also known as Antonio Rayas Mejia, also known as Miguel Vasquez-Vasquez, also known as Elias Antonio Mejia-Rayas, also known as Elias Rayas Mejia, also known as Antonio Mejia-Rayas, also known as Elias Rayas-Mejia, also known as Miguel Vasquez-Mejia, Defendant-Appellant**

**No. 16-51166**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 18, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Elias Mejia, Pro Se

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Elias Mejia has moved for

---

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mejia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

